# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FELIPE BENITEZ,**

    Petitioner,

    V.        CASE NUMBER: **07-C-658**

**WILLIAM POLLARD**,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the respondent's Motion to Dismiss is GRANTED. Felipe Benitez's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED as untimely. This action is hereby DISMISSED.**

   **November 8, 2007**           **JON W. SANFILIPPO**
Date                                                 Clerk

                                                              s/ Linda M. Zik
                                                              (By) Deputy Clerk